DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADRIAN LINDO**,
Appellant,

v.

**KRISTINA LINDO**,
Appellee.

No. 4D2024-1106

[August 8, 2024]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Darren Shull, Judge; L.T. Case No. 50-2023-DR-004771-XXXX-MB.

Steven D. Miller of Steven D. Miller, P.A., Plantation, for appellant.

Grant J. Gisondo of Grant J. Gisondo, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***